Eastern District of Kentucky
**FILED**

DEC 19 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:25-cr-099-CHB

**KEEGAN SMITH**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about November 20, 2025, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**KEEGAN SMITH**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; 40 grams or more of fentanyl, a Schedule II controlled substance; 100 grams or more of heroin, a Schedule II controlled substance; and 500 grams or more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **KEEGAN SMITH**, committed the offense charged in this count, he was previously convicted under state law of the following serious violent felony: 2020 Robbery Second Degree.

## COUNT 2
## 18 U.S.C. § 922(g)(1)

On or about November 20, 2025, in Pulaski County, in the Eastern District of Kentucky,

**KEEGAN SMITH,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Glock, Model 43X, 9mm caliber pistol with serial number BWUU212, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **KEEGAN SMITH** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **KEEGAN SMITH,** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **KEEGAN SMITH** shall forfeit to the United States any and all firearms and associated ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924. Any and all interest that **KEEGAN SMITH** has in this property is

vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

    3.    The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**
a. a Glock, Model 43X, 9mm caliber pistol, serial number BWUU212; and
b. any ammunition and all associated accessories.

A TRUE BILL

███████████████████
FOREPERSON

PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

# PENALTIES

## COUNT 1:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **IF PRIOR SERIOUS VIOLENT FELONY:** Not less than 15 years imprisonment nor more than life imprisonment, not more than a $20,000,000, and at least 10 years supervised release.

## COUNT 2:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed assets.

**PLUS:** Restitution, if applicable.